Steven **WILLIAMS**, Jr., Petitioner–Appellant,

v.

Nick J. **LUDWICK**, Respondent–Appellee.

No. 13–1195.

United States Court of Appeals, Sixth Circuit.

Jan. 9, 2014.

Before: GUY, GIBBONS, ROGERS, Circuit Judges.

PER CURIAM.

Petitioner, Steven Williams, appeals the district court's denial of his petition for writ of habeas corpus pursuant to 28

U.S.C. § 2254 concerning his claim that the state court unreasonably applied federal law to his claim of ineffective assistance of counsel. Because the district court issued a thorough written opinion which correctly stated the governing law and facts of the case, and because issuance of a full opinion would be both duplicative and serve no jurisprudential purpose, we AFFIRM the judgment on the basis of the district court's opinion entered on January 15, 2013. *Williams v. Ludwick*, No. 09–13558, 2013 WL 153321 (E.D.Mich. Jan. 15, 2013).

**AFFIRMED.**